**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Cesar CORREA–CORREA,**
**Defendant—Appellant.**

No. 10–10226.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Nov. 3, 2011.

Bruce M. Ferg, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Enrique Rene Gonzales, Rio Rico, AZ, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Cesar Correa–Correa appeals from the low-end 41–month sentence imposed following his guilty-plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326. We dismiss.

Correa–Correa contends that the district court erred in applying the 16–level "crime of violence" enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because it conducted a modified categorical analysis of the relevant state statute without first determining that the statute is broader than its federal counterpart. We are precluded from reaching the merits of Correa–Correa's claim by a valid appeal waiver. *See United States v. Nunez,* 223 F.3d 956, 958–59 (9th Cir.2000); *see also United States v. Jacobo Castillo,* 496 F.3d 947, 957 (9th Cir.2007) (en banc).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.